AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

v.

ALEX L/N/U
345 WASHINGTON STREET
WEYMOUTH, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ# 05-829-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 7 and March 11** in **Norfolk** county, in the **_____** District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer an identification document, authentication feature, and false identification document knowing that such document and feature was stolen and produced without lawful authority

in violation of Title **18** United States Code, Section(s) **1028(a)(2)**.

I further state that I am a(n) **ICE Special Agent** and that this complaint is based on the following
                                    Official Title
facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-11-2005  @ 12:58 PM                    at    Boston, MA
Date                                              City and State

Marianne B. Bowler, United States Magistrate Judge          _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.