UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                          )
            V.            )        CASE NUMBER 05-828-MBB
                          )
ALEX L/N/U                )


GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT AND COMPLAINT

The Government respectfully moves to unseal the complaint, search warrant, application, and affidavit in this case pertaining to "Alex" L/N/U, at 375 Washington Street, Weymouth, MA, issued by this Court on May 11, 2005.  As grounds therefor, the Government states that Defendant has been arrested, the warrant has been executed, and the items sought have been obtained.  Thus, there is no further need to maintain the secrecy of the complaint, search warrant, application, and affidavit.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:

                          S. WAQAR HASIB
                          Spec. Assistant U.S. Attorney
                          (617) 748-3674