UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
          V.             )        CASE NUMBER 05-829-MBB
                         )
ALEX L/N/U               )
A/K/A MOISES RIBEIRO     )
```

## GOVERNMENT'S MOTION TO AMEND COMPLAINT

The Government respectfully moves to amend the complaint filed in this case to reflect the Defendant's true identity.  As grounds therefor, the Government states that Alex L/N/U identified himself as MOISES RIBEIRO when he was arrested. RIBEIRO also stated that he uses the name Alex as an alias. Accordingly, the caption on the complaint should be amended to read "UNITED STATES OF AMERICA V. ALEX L/N/U, A/K/A MOISES RIBEIRO."

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ S. Waqar Hasib
S. WAQAR HASIB
Spec. Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 13th day of May, 2005.


<u>/s/ S. Waqar Hasib</u>
S. WAQAR HASIB
Spec. Assistant U.S. Attorney