UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.         )<br>)<br>ALEX L/N/U              )<br>A/K/A MOISES RIBEIRO    ) | CASE NUMBER 05-829-MBB |

GOVERNMENT'S AMENDED MOTION TO AMEND COMPLAINT

The Government respectfully moves to amend its motion to amend the complaint to reflect defendant's true identity (Docket no. 9). As grounds therefor, the Government states that defense counsel assented at the defendant's initial appearance on May 12, 2005, to amending the caption on the complaint to read "UNITED STATES OF AMERICA V. ALEX L/N/U, A/K/A MOISES RIBEIRO." Accordingly, the Government's motion to amend should itself be amended to reflect defense counsel's assent.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ S. Waqar Hasib
S. WAQAR HASIB
Spec. Assistant U.S. Attorney

CERTIFICATE OF SERVICE

  I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 19th day of May, 2005.

            /s/ S. Waqar Hasib
            S. WAQAR HASIB
            Spec. Assistant U.S. Attorney