AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

UNITED STATES

V.

ALEX L/N/U a/k/a
MOISES RIBEIRO

**EXHIBIT AND WITNESS LIST**

Case Number: 05-829-MBB

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>WAQAR HASIB | DEFENDANT'S ATTORNEY<br>EDWARD HAYDEN |
|---|---|---|
| TRIAL DATE (S)<br>5/20/2005 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/20/05 |  |  | SPECIAL AGENT MATTHEW MCCARTHY, I.C.E. for the govt. |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages